IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CURRY ROBINSON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:25-cv-01644-JDW |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 2nd day of June, 2025, upon consideration of Plaintiff Curry Robinson's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and the Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, the Complaint is **DISMISSED** as follows:

  a.  Mr. Robinson's claims asserted under the Religious Land Use and Institutionalized Persons Act ("RLUIPA") are **DISMISSED WITH PREJUDICE**; and

  b.  Mr. Robinson's First Amendment claims are **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Mr. Robinson may file an amended complaint on or before July 7, 2025. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended

complaint and shall state the basis for his First Amendment claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. **Mr. Robinson may not reassert a claim that I have dismissed from this case with prejudice**. When drafting his amended complaint, Mr. Robinson should be mindful of the Court's reasons for dismissing the First Amendment claims in his initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

The Clerk of Court shall send Mr. Robinson a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Mr. Robinson may use this form to file his amended complaint, if he chooses to do so. If Mr. Robinson does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, then on or before July 7, 2025, he may file a notice with the Court stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case. If Mr. Robinson fails to file any response to this Order, I will conclude that Robinson intends to stand on his Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
_____
**JOSHUA D. WOLSON, J.**