**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CURRY ROBINSON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:25-cv-01644-JDW** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** ***et al.*****,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 15th day of September, 2026, upon consideration of Defendants' Motion To Dismiss Plaintiff's Complaint (ECF No. 21), it is **ORDERED** that the Motion is **GRANTED**, and the Amended Complaint (ECF No. 8) is **DISMISSED WITH PREJUDICE** for the reasons stated in the accompanying Memorandum.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**